IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2009 JUL -9 PM 3:06

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br>v.<br>(1) JOSEPH ACEVEDO MALDONADO,<br>(2) JENNISSE LOPEZ CORREA a.k.a. Puchy,<br>Defendants. | INDICTMENT<br><br>Criminal Num. 09- 033 (GAG)<br><br>CRIMINAL VIOLATIONS:<br>18 U.S.C. Section 2251(a) and 2. |

THE GRAND JURY CHARGES:

### COUNT ONE

In or about April 2006, in the District of Puerto Rico, and within the jurisdiction of this Court,

**(1) JOSEPH ACEVEDO MALDONADO,**

**(2) JENNISSE LOPEZ CORREA a.k.a. Puchy,**

the defendants herein, aiding and abetting each other, did employ, use, persuade, induce, entice, and coerce a female minor identified as L.G., who was fourteen (14) years old, to engage in sexually explicit conduct, specifically, engaging in sexual activity with Joseph Acevedo Maldonado, for the purpose of producing a visual depiction of such conduct, that is, video images, using a web cam and computer which had been mailed, shipped or transported in interstate or foreign commerce. All in violation of Title 18, United States Code, Section 2251(a) and 2.

TRUE BILL
FOREPERSON

Date: July 09/2009

ROSA EMILIA RODRIGUEZ VELEZ
United States Attorney

José A. Ruiz
Chief, Criminal Division

Desirée Laborde-Sanfiorenzo
Deputy Chief, White Collar Division

Jenifer Y. Hernández Vega
Assistant U.S. Attorney